UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-20676-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD BRAXTON,

    Defendant.

_____/

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Amended Report and Recommendation on Appropriateness of Counsel's CJA Voucher for Attorney's Fees on Voucher No. 13C 0703843 issued by Magistrate Judge Alicia M. Otazo-Reyes, on November 2, 2018 [ECF No 211]. The Report and Recommendation recommends to this Court, that counsel Philip R. Horowitz, Esquire be paid a total sum of **$28,225.25**.

Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record to the report and recommendation of Magistrate Judge Otazo-Reyes. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 211] is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of November, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Philip R. Horowitz, Esq
CJA Administrator